**Opinion issued December 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00896-CR

## NO. 01-19-00897-CR

———————————

## IN RE BYRON KEITH BLESSETT, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Byron Keith Blessett has filed a petition for writ of habeas corpus, alleging he

is being illegally restrained without bail by the Sheriff of Harris County, Texas.[1]

---

[1] The underlying cases are *State v. Blessett*, Cause Numbers 1643286 & 1643287, pending in the 183rd District Court of Harris County, Texas, the Honorable Chuck Silverman presiding.

We deny the petition for lack of jurisdiction. *See In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [1st Dist.] 2016, orig. proceeding); TEX. GOV'T CODE § 22.221(d). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).